UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
December 09, 2022
Nathan Ochsner, Clerk

| | | |
|---|---|---|
| Briana Williams, individually and on behalf of others similarly situated, | § § § § § | |
| Plaintiff, | § | |
| versus | § § | Civil Action H-22-2483 |
| Powerforce of Houston, Inc., | § § § | |
| Defendant. | § | |

## Final Voluntary Dismissal

On the plaintiff Briana Williams's notice, all her claims against defendant Powerforce of Houston, Inc. are dismissed with prejudice. (12)

Signed on December 8, 2022, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge